UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 00509
   HEIDI ANN CASILLAS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

             Debtor
   SSN XXX-XX-5417


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 01/07/2005 and was confirmed 03/21/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 02/11/2008.
------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| GMAC MORTGAGE | MORTGAGE ARRE | 7865.71 | .00 | 7865.71 |
| GREENS OF MIDLOTHIAN CON | SECURED | 802.00 | 52.05 | 802.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 12176.14 | .00 | 12176.14 |
| AHS MIDWEST REGION | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE CHRIST MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST DIAGNOSTIC PATHO | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE HEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| ALMOST HOME LEARNING CEN | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| DOMINICKS FOODS | UNSECURED | NOT FILED | .00 | .00 |
| PATHOLOGY ASSOCS NORTH S | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN RECOVERY SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE C | UNSECURED | NOT FILED | .00 | .00 |
| PALOS COMMUNITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SULLIVAN URGENT AID | UNSECURED | NOT FILED | .00 | .00 |
| THE SAFEWAY COMPANIES | UNSECURED | NOT FILED | .00 | .00 |
| TRISTANO & TRISTANO | UNSECURED | 2240.50 | .00 | 2240.50 |
| GREENS OF MIDLOTHIAN CON | UNSECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1742.28 | .00 | 1742.28 |
| ECAST SETTLEMENT CORP | UNSECURED | 291.49 | .00 | 291.49 |
| URBAN & BURT LTD | DEBTOR ATTY | 3,790.00 | | 3,790.00 |
| TOM VAUGHN | TRUSTEE | | | 1,931.26 |
| DEBTOR REFUND | REFUND | | | 11,353.69 |

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 42,245.12 | |

                  PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 00509 HEIDI ANN CASILLAS

```
PRIORITY                                              12,176.14
SECURED                                                8,667.71
    INTEREST                                               52.05
UNSECURED                                              4,274.27
ADMINISTRATIVE                                         3,790.00
TRUSTEE COMPENSATION                                   1,931.26
DEBTOR REFUND                                         11,353.69
                               ---------------    ---------------
TOTALS                              42,245.12           42,245.12
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                            /s/ Tom Vaughn

Dated: 05/27/08                    _____

                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE